IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICKEY M. BROOKS,

    Petitioner,

v.                                                                                                            4:13cv57-WS

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 15, 2014. See Doc. 21. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be dismissed. The petitioner has filed objections (doc. 22) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion to dismiss (doc. 13) is GRANTED.

3. The petitioner's amended petition for writ of habeas corpus (doc. 4) is DISMISSED.

4. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

5. A certificate of appealability is DENIED for the reasons stated in the magistrate judge's report and recommendation.

DONE AND ORDERED this __14th__ day of __February__, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE